# UNITED STATES DISTRICT COURT

District of Arizona

Alexis Scott-Ortiz
                Plaintiff (s),

V.

CBRE Incorporated, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-20-00238-DWL

Notice is hereby given that, subject to approval by the court, __Defendant CBRE Incorporated__ substitutes
(Party (s) Name)

__Cardelle B. Spangler of Winston & Strawn LLP__, State Bar No. __Phv forthcoming__ as counsel of record in
(Name of New Attorney)

place of __Robert Jon Hendricks and Clayton M. Davis of Morgan, Lewis & Bockius LLP__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Winston & Strawn LLP
    Address: 35 W. Wacker Drive, Chicago, IL 60601
    Telephone: (312) 558-5600     Facsimile (312) 558-5700
    E-Mail (Optional): cspangler@winston.com

I consent to the above substitution.
Date: May 25, 2021
                                                 *Beverly Lu*
                                                 (Signature of Party (s))

I consent to being substituted.
Date: May 18, 2021
                                                 /s/ Clayton Davis
                                                 (Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 18, 2021
                                                 /s/ Cardelle B. Spangler`
                                                 (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                        Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**