MARTIN & BONNETT, P.L.L.C.
Daniel Bonnett (AZ#014127)
Michael Licata (AZ#033941)
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900
Facsimile: (602) 240-2345
dbonnett@martinbonnett.com
mlicata@martinbonnett.com
*Attorneys for Plaintiff*

COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 381-5477
Kent Brockelman (009627)
Email: kbrockelman@cblawyers.com
Jill J. Chasson (019424)
Email: jchasson@cblawyers.com
*Attorneys for Defendant CBRE, Inc.*

Cardell Spangler (Ill # 6242570) (Admitted *Pro Hac Vice*)
cspangler@winston.com
Katherine B. Farkas (CA # 234924) (Admitted *Pro Hac Vice*)
kfarkas@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750
*Attorneys for Defendant CBRE, Inc*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Scott-Ortiz,<br><br>            Plaintiff,<br>   v.<br><br>CBRE, Inc., a Delaware corporation; XYZ Corporations I-V; and John and Jane Does I-X,<br><br>            Defendants. | No. CV-20-00238-DWL<br><br>**JOINT STATUS REPORT RE: ARBITRATION** |

{00550597.1 }

Pursuant to the Court's order entered November 18, 2020 (Doc. 31), counsel for the parties submit their second status report. Plaintiff's EEOC Charge referenced in the Court's November 2020 Order and in the parties' first status report (Doc. 39) is still pending at the EEOC's Los Angeles District Office. The law firm of Winston & Strawn LLP has substituted as co-counsel for Defendant in this case. (Docs. 40 & 41) Thereafter, counsel for the parties have been engaged in discussion exploring the prospects of settlement as well as exchanging names of possible arbitrators. Actual selection of an arbitrator, however, has been deferred while the parties cooperatively have attempted to engage the EEOC in settlement discussion while Plaintiff's charge remains pending.

Due to COVID restrictions and a change in the assigned EEOC investigator, there was unforeseen delay in securing a date for settlement discussions with the EEOC. The parties desired the EEOC's participation in order to explore a possible global resolution of not only Plaintiff's claims under 42 U.S.C. § 1981 but also his Title VII and ADA claims that remain pending at the EEOC. A settlement conference with all parties and the EEOC took place on the date of this status report, November 18, 2021.

Although no settlement was reached today, the parties and EEOC have agreed to continue settlement discussions in order to fully evaluate the exchange of information and settlement prospects. Plaintiff and Defendant further agree that, as long as these discussions remain productive, it would be counter-productive to start the formal arbitration process. However, the parties will continue their efforts to select a mutually agreed arbitrator so that arbitration can commence in the event settlement discussion prove non-productive.

The parties agree to further advise the Court once settlement discussions conclude or if they are unable to come to an agreement on the selection of an arbitrator.

Respectfully submitted this 18th day of November, 2021.

**MARTIN & BONNETT, P.L.L.C.**

By s/ Daniel Bonnet  (w/permission)
    Daniel Bonnett
    Michael Licata
    *Attorneys for Plaintiff*

**COPPERSMITH BROCKELMAN PLC**

By s/ Kent Brockelman (w/permission)
    Kent Brockelman
    Jill J. Chasson
    *Attorneys for Defendant CBRE, Inc.*

**WINSTON & STRAWN LLP**

By s/ Katherine Farkas
    Carldell Spangler
    Katherine Farkas
    *Attorneys for Defendant CBRE, Inc.*