Daniel Bonnett (AZ#014127)
Michael Licata (AZ#033941)
Martin & Bonnett, P.L.L.C.
4647 N. 32nd Street, Suite 185
Phoenix, Arizona 85018
Telephone: (602) 240-6900; Facsimile: (602) 240-2345
dbonnett@martinbonnett.com
mlicata@martinbonnett.com
*Attorneys for Plaintiff*

Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona  85004
Telephone:  (602) 381-5477
Kent Brockelman (009627)
Email: kbrockelman@cblawyers.com
Jill J. Chasson (019424)
Email: jchasson@cblawyers.com
*Attorneys for Defendant CBRE, Inc.*

Cardelle Spangler (Ill # 6242570) (Admitted *Pro Hac Vice*)
cspangler@winston.com
Katherine B. Farkas (CA # 234924) (Admitted *Pro Hac Vice*)
kfarkas@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700; Facsimile: (213) 615-1750
*Attorneys for Defendant CBRE, Inc*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Scott-Ortiz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CBRE, Inc., a Delaware corporation; XYZ Corporations I-V; and John and Jane Does I-X,<br><br>　　　　Defendants. | Case No.:  CV20-00238-DWL<br><br>JOINT STATUS REPORT<br>RE:  ARBITRATION |

Pursuant to the Court's order entered November 18, 2020 (Doc. 31) counsel for the parties submit their third status report. The parties have provisionally resolved this dispute, and are in the process of finalizing and fully executing all documents necessary for a full and complete resolution. It is anticipated that a request for dismissal will be filed within the next two weeks.

Dated this 18th day of May, 2022.

**MARTIN & BONNETT, P.L.L.C.**

By:   s/ Daniel L. Bonnett
     Daniel L. Bonnett
     Michael Licata
     4647 N. 32nd Street, Suite 185
     Phoenix, AZ 85018
     *Attorneys for Plaintiff*

**WINSTON & STRAWN LLP**

By:   /s/ Katherine Farkas (w/permission)
     Cardelle Spangler
     Katherine B. Farkas
     *Attorneys for Defendant CBRE, Inc*

**COPPERSMITH BROCKELMAN PLC**
     Kent Brockelman
     Jill J. Chasson
     *Attorneys for Defendant CBRE, Inc.*