# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexis Scott-Ortiz, | No. CV-20-00238-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| CBRE Incorporated, et al., | |
| Defendants. | |

IT IS ORDERED that the parties' Stipulation to Dismiss with Prejudice (Doc. 46) is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall dismiss this action with prejudice, with each party bearing their own attorneys' fees and costs.

Dated this 3rd day of June, 2022.

Dominic W. Lanza
United States District Judge